

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2019

No. 04-19-00713-CR

John Derek **ALLEN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. DC6678
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The clerk's record has been filed, but does not contain a copy of the trial court's certification of the defendant's right of appeal as required by the Texas Rules of Appellate Procedure. TEX. R. APP. P. 25.2(a)(2)(d), 34.5(a)(12), App'x D. We order the trial court clerk to file a supplemental clerk's record containing the trial court's certification of the defendant's right of appeal by **January 10, 2020**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court